FILED

07/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0153

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA 24-0153

WILD MONTANA, MONTANA WILDLIFE FEDERATION, AND MONTANA ASSOCIATION OF COUNTIES,

*Petitioners/Plaintiff and Appellees,*

vs.

GREG GIANFORTE, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MONTANA; AND CHRISTI JACOBSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE,

*Defendants and Appellants.*

_____

**Grant of Extension**
_____

For good cause appearing, Appellants' unopposed motion to extend the deadline for Appellants' opening brief is GRANTED. Appellants' opening brief shall be due on September 9, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 23 2024